UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELA TULKA-DANIELSON            :
    Plaintiff,                  :
                                  :  CASE NO.: 3:23-cv-01327-KAD
VS.                               :
                                  :
DAVID THOMPSON, JR.               :
ROBERT GOLDBERG                   :  JUNE 24, 2024
ABEL DONKA                        :
    Defendants.                 :

## MOTION FOR RETURN OF SECURITY FOR COSTS

The plaintiff, **Angela Tulka-Danielson**, in the above-entitled matter, hereby moves the Court to release the funds posted by the plaintiff on January 11, 2024, pursuant to the Court's Order (Doc. 22). The parties have settled this case, and a Stipulation of Dismissal (Doc. 28) has been filed. Defense counsel, Glen Duhl, consents to this motion.

WHEREFORE, the plaintiff moves the Court to release the $500.00 posted by the plaintiff as security for costs in this matter.

                                        RESPECTFULLY SUBMITTED
                                        THE PLAINTIFF, ANGELA TULKA-DANIELSON

BY:   */s/ John E. Sheer*
        John E. Sheer, ct30002
        Lorenzo J. Cicchiello, ct09277
        Cicchiello & Cicchiello, LLC
        582 West Main Street
        Norwich, CT 06360
        860.886.9300 phone
        860.886.5963 fax
        john.cnc.attorneys@gmail.com
        lorenzo.cicchiello@yahoo.com

## **CERTIFICATION**

I hereby certify that on June 24, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Glen A. Duhl, Esq.
Zangari Cohn Cuthbertson Duhl & Grello PC
59 Elm Street, Suite 400
New Haven, CT 06510
gduhl@zcclawfirm.com

/s/ John E. Sheer
ct30002

LAW OFFICES OF
CICCHIELLO & CICCHIELLO LLC
582 WEST MAIN STREET  -  NORWICH, CONNECTICUT 06360  -  (860) 886-9300